# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER RAY WISEMAN,<br><br>                    Plaintiff,<br><br>         v.<br><br>MATTHEW CATE, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:10-cv-00024-LJO-SKO PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 28) |

On April 26, 2013, Plaintiff Chester Ray Wiseman filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. *Id.*

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on April 26, 2013.

IT IS SO ORDERED.

Dated:   **April 30, 2013**        /s/  Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE